# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Juan Acosta-Fonseca,

     Petitioner,

v.

John E Cantu, et al.,

     Respondents.

No. CV-26-02546-PHX-SHR (MTM)

**ORDER**

On April 13, 2026, Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.)  On April 17, 2026, Petitioner filed a Motion to Withdraw the Petition because Petitioner was released from immigration detention. (Doc. 7.)  Because Petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 20th day of April, 2026.

Honorable Scott H. Rash
United States District Judge